OPINION — AG — ** COSMETOLOGY — PURCHASES OF PRINTING AND SUPPLIES ** QUESTION: DID THE LEGISLATURE AUTHORIZE THE STATE BOARD OF COSMETOLOGY TO MAKE PURCHASES OF PRINTING, SUPPLIES, ETC., WITHOUT MAKING REQUISITION THEREFOR TO THE STATE BOARD OF PUBLIC AFFAIRS ? — AFFIRMATIVE (COMPETITIVE BIDDING, BOARD OF AFFAIRS, MATERIALS) CITE: 74 O.S. 64 [74-64] (MAINARD KENNERLY)